[No. 6684-0-II. Division Two. November 30, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DAVID SPRUELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 82-1-00353-1, Thomas L. Lodge, J., entered

October 8, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.